# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127375(34)

THOMAS A. CENSKE,
          Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH, and
CMH PATHWAYS OF MARQUETTE,
          Defendants-Appellants.

SC: 127375
COA: 256102
Dep't of Community Health:
   04-002142-RR

_____/

     On order of the Court, the motion for reconsideration of this Court's order of May 31, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

                  Clerk

d1121